RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/21/06

# United States District Court
## Western District of Louisiana
## Lafayette Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DOERLE FOOD SERVICES INC | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number:  6:06CR60025-001<br>USM Number:<br><br>Robert G. Jackson<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s): 1 of the Information
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date Offense Concluded |
|---|---|---|---|
| 21 U.S.C. § 601(m)(4), 610(d) | Misdemeanor Holding Adulterated Food | 1 | 10/24/02 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] Count(s) ___ [] is [] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material changes in the defendant's economic circumstances.

6/12/06
Date of Imposition of Judgment

Signature of Judicial Officer

RICHARD T. HAIK, Chief United States District Judge
Name & Title of Judicial Officer

6-12-06
Date

COPY SENT
DATE 6/21/06
BY CB
TO U.S.A. 3cc
   U.S.M. 3cc

DEFENDANT: DOERLE FOOD SERVICES INC  
CASE NUMBER: 6:06CR60025-001

# PROBATION

The defendant is hereby sentenced to probation for a term of <u>6 months unsupervised</u>.

## MANDATORY CONDITIONS (MC)

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

3. [ ]  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

4. [ ]  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

5. [ ]  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

6. [ ]  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

7. [ ]  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

8. If this judgment imposes a fine or a restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

9. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION (SC)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION (SP)

The defendant shall perform any remediation necessary at the Doerle Food Services, Inc. facility at New Iberia, Louisiana and undertake any follow-up remediation required by the U.S. Department of Agriculture (USDA), U.S. Food and Drug Administration (FDA) and/or State of Louisiana as it relates to the factual basis for the Bill of Information. It is the appreciation of the parties that Doerle Food Services, Inc. has performed all remediation work on its own initiative and it is not now anticipated by the parties that any additional remediation will be necessary.

The defendant shall review, evaluate, publish and implement standards, protocols, and internal control measures and, if necessary, formulate and implement new standards, protocols and internal central measures to include a written policy defining the standards and procedures to be followed by employees with respect to product sanitation conditions and provide the USDA with copies of such polices, procedures, standards, protocols and internal control measures.

The defendant will establish an effective program for enforcing of standards (i.e., monitoring and auditing systems designated to prevent or detect non compliance), and will publicize such systems in which employees are encouraged to report without fear or retaliation, evidence of product sanitation, problems of violations within the organization, to include the use of suggestion boxes located in various locations on the faciltiy.

In addition, the defendant will provide detailed monthly pest control information to the USDA during the period of unsupervised probation.

Doerle Food Services, Inc. will designate a high level person, who will have authority to insure compliance with product sanitation issues and procedures to be implemented by the corporation.

The corporation will contract with an independent sanitation consulting firm to conduct one unscheduled comprehensive sanitation audit per year during the probationary period. The results of the audits will be retained at the facility and produced to USDA, FDA and the State of Louisiana on demand without claim of the self audit policy.

The parties agree the defendant, Doerle Food Services, Inc., shall pay as a condition of unsupervised probation the amount of $129,317.98 dollars, during the six (6) month probationary period, to be distributed as follows:

a. As to Count 1, a fine of $75,000.00 dollars, to be paid the day of sentencing.
b. $29,317.98, the cost of investigation by USDA, to be paid at the time of sentencing.
c. $25,000, in food products to be provided during the period of unsupervised probation to Hurricane Rita and Hurricane Katrina relief efforts through a recognized hurricane relief organization in installments as appropriate to satisfy this provision. The defendant will supply records supporting this provision to the United States Attorney's Office and the USDA to coincide with when food products are provided during the six (6) month period of unsupervised probation. The defendant agrees that the U.S. Attorney's Office and the USDA must prior approve the relief organization to which relief products is provided.

Defendant is to pay a mandatory special assessment of $125.00 at the time of plea.

DEFENDANT:     DOERLE FOOD SERVICES INC                                   Judgment — Page 4 of 5
CASE NUMBER:   6:06CR60025-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 125.00 | $ 75,000.00 | $ 29,317.98 |

[ ]  The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✓]  The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. Department of Agriculture |  | $29,317.98 |  |
| TOTALS: | $_ | $_ |  |

[ ]  Restitution amount ordered pursuant to plea agreement $ _

[ ]  The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [ ] The interest requirement is waived for the   [ ] fine   [ ] restitution.

   [ ] The interest requirement for the   [ ] fine   [ ] restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: DOERLE FOOD SERVICES INC
CASE NUMBER: 6:06CR60025-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [✓] Lump sum payment of $ 104,442.98 due immediately, balance due

    [ ] not later than _, or
    [ ] in accordance with      [ ]C,    [ ]D, or   [ ]E or [ ]F below; or

B [ ] Payment to begin immediately (may be combined with [ ]C,   [ ]D, or     [ ]F below); or

C [ ] Payment in equal___ (e.g., weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in equal___ (e.g., weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [✓] Special instructions regarding the payment of criminal monetary penalties:

$75,000.00 fine, $29,317.98 cost of investigation by USDA, and $127.00 special assessment to be paid at the time of sentencing.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.